# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL LAWLESS<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC.,<br><br><br>　　　　　Defendants | Case No. 1:25-cv-03907-ELR-RGV<br><br>NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX, INC. |

**NOTICE IS HEREBY GIVEN** that Plaintiff MICHAEL LAWLESS ("Plaintiff") and Defendant EQUIFAX, INC. ("EQUIFAX" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to EQUIFAX once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: November 5, 2025　　　　　　　By: */s/ Mark A. Carey*
　　　　　　　　　　　　　　　　　　　　Mark A. Carey
　　　　　　　　　　　　　　　　　　　　Law Offices of Mark A. Carey, PC
　　　　　　　　　　　　　　　　　　　　c/o 500 Roswell Road, Building C
　　　　　　　　　　　　　　　　　　　　Sandy Springs, Georgia 30342
　　　　　　　　　　　　　　　　　　　　Tel: (716) 853-9243
　　　　　　　　　　　　　　　　　　　　Email: markcareylaw@ymail.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　MICHAEL LAWLESS

## CERTIFICATE OF SERVICE

I certify that on November 5, 2025, I served Plaintiff MICHAEL LAWLESS' Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: /s/ *Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey, PC
c/o 500 Roswell Road, Building C
Sandy Springs, Georgia 30342
Tel: (716) 853-9243
Email: markcareylaw@ymail.com

Attorney for Plaintiff,
MICHAEL LAWLESS

3